IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:18CR3018 |
| vs. | |
| MATTHEW WILLIAMS, | ORDER |
| Defendant. | |

Defendant has invoked anti-shuttling rights under the Interstate Agreement on Detainers Act, and pursuant to that Act, Defendant is entitled to return to serve his sentence in Colorado.

Accordingly,

IT IS ORDERED that the Marshal shall promptly transport and return the defendant to Colorado to resume serving the sentence imposed in that state. The defendant shall arrive at the Colorado correctional facility no later than mid-June, 2020.

Dated this 21st day of May, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge